1
2
3
4
5
6
7

8              IN THE UNITED STATES DISTRICT COURT
               FOR THE WESTERN DISTRICT OF WASHINGTON
9                              IN SEATTLE

10

11  **LAUREN E RAMEY**, individually and on          Case No.
    behalf of all others similarly situated,
12                                                   **CLASS ACTION COMPLAINT**
                    *Plaintiff*,
13                                                   **DEMAND FOR JURY TRIAL**
    *v.*
14
    **MOLINA HEALTHCARE, INC**., a
15  Delaware registered corporation,

16                  *Defendant.*

17

18                          **CLASS ACTION COMPLAINT**

19         Plaintiff Lauren E Ramey ("Plaintiff Ramey" or "Ramey") brings this Class Action

20  Complaint and Demand for Jury Trial against Defendant Molina Healthcare, Inc. ("Defendant"

21  or "Molina Healthcare") to stop the Defendant from violating the Telephone Consumer

22  Protection Act ("TCPA") by making pre-recorded telemarketing calls to consumers without

23  consent, in addition to placing calls to consumers after they have communicated Defendant's

24  employees to stop calling. Plaintiff also seeks injunctive and monetary relief for all persons

CLASS ACTION COMPLAINT, Page **1** of **11**

Eric R. Draluck
WSBA #19881
271 Winslow Way E., Ste. 11647
Bainbridge Island, WA 98110
206-605-1424

injured by Defendant's conduct. Plaintiff Ramey, for this Complaint, alleges as follows upon personal knowledge as to herself and her own acts and experiences, and, as to all other matters, upon information and belief, including investigation conducted by her attorneys.

1. Plaintiff Ramey is a resident of Hoquiam, Washington.

2. Defendant Molina Healthcare is a Delaware registered corporation headquartered in Long Beach, California. Defendant Molina Healthcare conducts business throughout this District and throughout the country.

## JURISDICTION AND VENUE

3. This Court has federal question subject matter jurisdiction over this action under 28 U.S.C. § 1331, as the action arises under the Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA").

4. This Court has personal jurisdiction over the Defendant because the Defendant conducts business in this District and specifically called the Plaintiff in this District.

5. Venue is proper in this District under 28 U.S.C. § 1391(b) because the Plaintiff is located in this District and the wrongful conduct giving rise to this case was directed into this District.

## INTRODUCTION

6. As the Supreme Court explained at the end of its term this year, "Americans passionately disagree about many things. But they are largely united in their disdain for robocalls. The Federal Government receives a staggering number of complaints about robocalls—3.7 million complaints in 2019 alone. The States likewise field a constant barrage of complaints. For nearly 30 years, the people's representatives in Congress have been fighting back." *Barr v. Am. Ass'n of Political Consultants*, No. 19-631, 2020 U.S. LEXIS 3544, at *5 (U.S. July 6, 2020).

CLASS ACTION COMPLAINT, Page **2** of **11**

Eric R. Draluck
WSBA #19881
271 Winslow Way E., Ste. 11647
Bainbridge Island, WA 98110
206-605-1424

7.　　When Congress enacted the TCPA in 1991, it found that telemarketers called more than 18 million Americans every day. 105 Stat. 2394 at § 2(3).

8.　　By 2003, due to more powerful autodialing technology, telemarketers were calling 104 million Americans every day. In re Rules and Regulations Implementing the TCPA of 1991, 18 FCC Rcd. 14014, ¶¶ 2, 8 (2003).

9.　　The problems Congress identified when it enacted the TCPA have only grown exponentially in recent years.

10.　　According to online robocall tracking service "YouMail," 4.5 billion robocalls were placed in July 2023 alone, at a rate of 144.8 million per day. www.robocallindex.com (last visited August 20, 2023).

11.　　The FCC also has received an increasing number of complaints about unwanted calls, with 150,000 complaints in 2016, 185,000 complaints in 2017, and 232,000 complaints in 2018. FCC, Consumer Complaint Data Center, www.fcc.gov/consumer-help-center-data.

12.　　"Robocalls and telemarketing calls are currently the number one source of consumer complaints at the FCC." Tom Wheeler, *Cutting off Robocalls* (July 22, 2016), statement of FCC chairman.[1]

13.　　"The FTC receives more complains about unwanted calls than all other complaints combined." Staff of the Federal Trade Commission's Bureau of Consumer Protection, *In re Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991,* Notice of Proposed Rulemaking, CG Docket No. 02-278, at 2 (2016).[2]

---

[1] https://www.fcc.gov/news-events/blog/2016/07/22/cutting-robocalls
[2] https://www.ftc.gov/system/files/documents/advocacy_documents/comment-staff-ftc-bureau-consumer-protection-federal-communications-commission-rules-regulations/160616robocallscomment.pdf

CLASS ACTION COMPLAINT, Page **3** of **11**

Eric R. Draluck
WSBA #19881
271 Winslow Way E., Ste. 11647
Bainbridge Island, WA 98110
206-605-1424

# COMMON ALLEGATIONS

14.     Defendant Molina Healthcare provides government-sponsored health plans, Medicaid and Medicare plans to consumers throughout the US including Washington state.[3]

15.     Defendant Molina Healthcare places pre-recorded calls to consumers to solicit annual health assessment appointments.

16.     Consumers have posted online pre-recorded voicemail messages that Defendant Molina Healthcare has left to them, which are exactly the same voicemail that the Plaintiff received, such as:

**Typical Messages**

🎙 Hello we are calling on behalf of Molina Health Care with an important health benefit. We're calling in regards to an annual health assessment we would like to schedule with you. Please give us a call back at your earliest convenience at 844-491-4763.

▶ ◯──────────────────────────────── [4] [5]

In addition to placing unsolicited pre-recorded calls to consumers without their consent, Molina Healthcare also fails to remove phone numbers from its calling system for those consumers who have requested to not be called, as per Plaintiff Ramey's experience.

17.     Consumers have posted many complaints online about unsolicited calls they received from Defendant Molina Healthcare, including:

- "Molina Healthcare calling me and leaving voicemails every day."[6]
- "I blocked the number but they leave 2 voice mail messages every day asking for Mitchell."[7]
- "I get calls from this number several times a day. I have the number blocked on my phone but it still goes to voicemail telling me to participate in a health

---

[3] https://www.linkedin.com/company/molina-healthcare/about/
[4] https://directory.youmail.com/phone/844-491-4763
[5] https://media.youmail.com/mcs/glb/audio/s6diZGlyXzRna2Rpcjp0b21jYXQzMDQxOjE2NjE5NzE4Njk2MDY5Q4FiEu.gen.mp3
[6] https://www.callercenter.com/844-491-4763.html
[7] Id.

CLASS ACTION COMPLAINT, Page **4** of **11**

Eric R. Draluck
WSBA #19881
271 Winslow Way E., Ste. 11647
Bainbridge Island, WA 98110
206-605-1424

accessment. I tried returning the call and was on hold more than 20 minutes."[8]

- "I have had my number for 11 years and they are asking for someone else. When I tell them this they try and sell me insurance"[9]
- "The call goes straight to voice-mail almost every time. The one time that it did not, xfinity mobile detected it as a robo-caller so I did not answer. Each voice-mail message that I get is a recorded message specifying it's from Molina, no explanation for the call, and that they'll call back at another time."[10]
- "Unsolicited call"[11]
- "multiple calls"[12]
- "molina robocall"[13]
- "this number calls me several times a day every day but there is only a pre-recorded message saying something about how they missed me and will try again another time."[14]

18.     In response to these calls, Plaintiff Ramey brings forward this case seeking injunctive relief requiring the Defendant to cease from violating the TCPA, as well as an award of statutory damages to the members of the Classes and costs.

**PLAINTIFF RAMEY'S ALLEGATIONS**

19.     Plaintiff Ramey uses her cell phone number for personal use only. It is not associated with a business.

20.     In the middle of June 2023, Plaintiff Ramey received an unsolicited call from Molina Healthcare to her cell phone number.

21.     The call was regarding the solicitation of a health maintenance organization ("HMO") health insurance plan for Plaintiff Ramey's daughter.

22.     Plaintiff already has a plan for her daughter under Aetna and was under the

---

[8] Id.
[9] Id.
[10] https://800notes.com/Phone.aspx/1-844-491-4763/2
[11] https://www.shouldianswer.com/phone-number/8444914763
[12] Id.
[13] Id.
[14] Id.

CLASS ACTION COMPLAINT, Page **5** of **11**

Eric R. Draluck
WSBA #19881
271 Winslow Way E., Ste. 11647
Bainbridge Island, WA 98110
206-605-1424

1    impression she was speaking to Aetna, so she agreed to switch the plan during the call.

2        23.    On June 20, 2023, Plaintiff Ramey realized that she was dealing with Molina

3    Healthcare and called the Defendant, making it clear that she wants to cancel the HMO plan.

4        24.    During this same conversation, Plaintiff Ramey asked Molina Healthcare to stop

5    calling her cell phone number.

6        25.    Plaintiff Ramey received some letters in the mail from Molina Healthcare

7    regarding the HMO plan, showing that the transfer to Molina Healthcare was still ongoing

8    despite her cancellation request.

9        26.    Despite her efforts to stop the plan from being transferred to Molina Healthcare,

10    Plaintiff received a notification on July 1, 2023 informing her that the HMO plan was

11    successfully transferred to Molina Healthcare.

12        27.    Plaintiff Ramey called Molina Healthcare and Medicare to terminate the Molina

13    Healthcare plan and revert everything back to the way it was before the unsolicited call she

14    received from Molina Healthcare.

15        28.    Despite telling Molina Healthcare not to call her cell phone number, Plaintiff

16    Ramey continued to receive unsolicited calls from Molina Healthcare, including unsolicited pre-

17    recorded voicemails.

18        29.    For example, on July 19, 2023, Plaintiff Ramey received an unsolicited call from

19    Defendant Molina Healthcare to her cell phone number, from 844-491-4763.

20        30.    This call was answered, and Plaintiff Ramey asked the employee to stop calling

21    her cell phone number.

22        31.    On July 20, 2023, Plaintiff Ramey received another unsolicited all from

23    Defendant Molina Healthcare to her cell phone number, again from 844-491-4763.

24        32.    This call was not answered, but a pre-recorded voicemail was left stating:

CLASS ACTION COMPLAINT, Page **6** of **11**

**Eric R. Draluck**
WSBA #19881
271 Winslow Way E., Ste. 11647
Bainbridge Island, WA 98110
206-605-1424

> "Hello, we are calling on behalf of Molina Healthcare with an important health benefit. We are calling in regards to an annual health assessment we would like to schedule with you. Please give us a call back at your earliest convenience at 844-491-4763."

33. Plaintiff Ramey believes this voicemail was pre-recorded because of its generic, scripted nature, and because other consumers posted exactly the same voicemail online, such as:

**Typical Messages**

🔊 Hello we are calling on behalf of Molina Health Care with an important health benefit. We're calling in regards to an annual health assessment we would like to schedule with you. Please give us a call back at your earliest convenience at 844-491-4763.

▶ ○——————————————————————  [15] [16]

34. Plaintiff Ramey never provided consent to Defendant Molina Healthcare to receive pre-recorded calls.

35. In addition, Plaintiff made numerous requests for the calls to stop. Despite her stop requests, Defendant Molina Healthcare has continued to call Plaintiff's cell phone number.

36. On July 31, 2023, Plaintiff Ramey received an unsolicited call from Defendant Molina Healthcare to her cell phone number, from 844-491-4763.

37. This call was answered, and Plaintiff Ramey asked the employee to stop calling her cell phone number.

38. On August 4, 2023 at 8:46 AM, Plaintiff Ramey received yet another unsolicited call from Molina Healthcare to her cell phone number, from 844-491-4764.

39. This call was not answered, but a pre-recorded voicemail that is identical to the voicemail Plaintiff received on July 20, 2023 was left stating:

> "Hello, we are calling on behalf of Molina Healthcare with an important health benefit. We are calling in regards to an annual health assessment we would like to schedule with

---

[15] https://directory.youmail.com/phone/844-491-4763
[16] https://media.youmail.com/mcs/glb/audio/s6diZGlyXzRna2Rpcjp0b21jYXQzMDQxOjE2NjE5NzE4Njk2MDY5Q4FiEu.gen.mp3

**CLASS ACTION COMPLAINT,** Page **7** of **11**

1      you. Please give us a call back at your earliest convenience at 844-491-4763."

2      40.    The unauthorized solicitation telephone calls that Plaintiff received from or on

3   behalf of Defendant have harmed Plaintiff Ramey in the form of annoyance, nuisance, and

4   invasion of privacy, occupied her phone line, and disturbed the use and enjoyment of her phone.

5      41.    The unsolicited pre-recorded voicemails also caused distress to Plaintiff Ramey,

6   as she has had to continually delete the voicemails to free up memory on her phone so other

7   people can leave voicemails.

8      42.    Seeking redress for these injuries, Plaintiff Ramey, on behalf of herself and

9   Classes of similarly situated individuals, brings suit under the TCPA.

## CLASS ALLEGATIONS

43.    Plaintiff Ramey brings this action pursuant to Federal Rules of Civil Procedure 23(b)(2) and 23(b)(3) and seeks certification of the following Classes:

> **Pre-recorded No Consent Class:** All persons in the United States who from four years prior to the filing of this action through class certification (1) Defendant Molina Healthcare called on their cellular telephone number (2) using an artificial or pre-recorded voice (3) soliciting classes/courses on behalf of Molina Healthcare.

44.    The following individuals are excluded from the Class: (1) any Judge or Magistrate presiding over this action and members of their families; (2) Defendant, its subsidiaries, parents, successors, predecessors, and any entity in which either Defendant or their parents have a controlling interest and their current or former employees, officers and directors; (3) Plaintiff's attorneys; (4) persons who properly execute and file a timely request for exclusion from the Class; (5) the legal representatives, successors or assigns of any such excluded persons; and (6) persons whose claims against the Defendant have been fully and finally adjudicated and/or released. Plaintiff Ramey anticipates the need to amend the Class definition following appropriate discovery.

CLASS ACTION COMPLAINT, Page **8** of **11**

Eric R. Draluck
WSBA #19881
271 Winslow Way E., Ste. 11647
Bainbridge Island, WA 98110
206-605-1424

45. **Numerosity and Typicality**: On information and belief, there are hundreds, if not thousands of members of the Class such that joinder of all members is impracticable, and Plaintiff is a member of the Class.

46. **Commonality and Predominance**: There are many questions of law and fact common to the claims of the Plaintiff and the Class, and those questions predominate over any questions that may affect individual members of the Classes. Common questions for the Class include, but are not necessarily limited to the following:

(a) whether Defendant Molina Healthcare or its agents placed pre-recorded voice message calls to Plaintiff Ramey and members of the Pre-recorded No Consent Class without first obtaining consent to make the calls;

(b) whether the calls constitute a violation of the TCPA;

(c) whether Class members are entitled to an injunction against Defendant preventing it from making unsolicited prerecorded calls; and

(d) whether members of the Class are entitled to treble damages based on the willfulness of Defendant's conduct.

47. **Adequate Representation**: Plaintiff Ramey will fairly and adequately represent and protect the interests of the Class, and has retained counsel competent and experienced in class actions. Plaintiff Ramey has no interests antagonistic to those of the Class, and the Defendant has no defenses unique to Plaintiff. Plaintiff Ramey and her counsel are committed to vigorously prosecuting this action on behalf of the members of the Class, and have the financial resources to do so. Neither Plaintiff Ramey nor her counsel have any interest adverse to the Class.

48. **Appropriateness**: This class action is also appropriate for certification because the Defendant has acted or refused to act on grounds generally applicable to the Class as a whole, thereby requiring the Court's imposition of uniform relief to ensure compatible standards of conduct toward the members of the Class and making final class-wide injunctive relief

**CLASS ACTION COMPLAINT,** Page **9** of **11**

**Eric R. Draluck**
WSBA #19881
271 Winslow Way E., Ste. 11647
Bainbridge Island, WA 98110
206-605-1424

appropriate. Defendant's business practices apply to and affect the members of the Class uniformly, and Plaintiff's challenge of those practices hinges on Defendant's conduct with respect to the Classes as wholes, not on facts or law applicable only to Plaintiff Ramey. Additionally, the damages suffered by individual members of the Class will likely be small relative to the burden and expense of individual prosecution of the complex litigation necessitated by Defendant's actions. Thus, it would be virtually impossible for the members of the Class to obtain effective relief from Defendant's misconduct on an individual basis. A class action provides the benefits of single adjudication, economies of scale, and comprehensive supervision by a single court.

## FIRST CLAIM FOR RELIEF

**Telephone Consumer Protection Act**
**(Violation of 47 U.S.C. § 227)**
**(On Behalf of Plaintiff Ramey and the Pre-recorded No Consent Class)**

49. Plaintiff repeats and realleges the prior paragraphs of this Complaint and incorporates them by reference herein.

50. Defendant Molina Healthcare and/or its agents transmitted unwanted telephone calls to Plaintiff Ramey and the other members of the Pre-recorded No Consent Class using a pre-recorded voice message on behalf of CarInsurance.net.

51. These pre-recorded voice calls were made *en masse* without the prior express written consent of the Plaintiff Ramey and the other members of the Pre-recorded No Consent Class.

52. The Defendant has, therefore, violated 47 U.S.C. §§ 227(b)(1)(A)(iii), (b)(1)(B). As a result of Defendant's conduct, Plaintiff Ramey and the other members of the Pre-recorded No Consent Class are each entitled to a minimum of $500 in damages, and up to $1,500 in damages, for each violation.

CLASS ACTION COMPLAINT, Page **10** of **11**

Eric R. Draluck
WSBA #19881
271 Winslow Way E., Ste. 11647
Bainbridge Island, WA 98110
206-605-1424

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff, individually and on behalf of the Classes, prays for the following relief:

a) An order certifying this case as a class action on behalf of the Classes as defined above; appointing Plaintiff as the representative of the Classes; and appointing her attorneys as Class Counsel;

b) An award of money damages and costs;

c) An order declaring that Defendant's actions, as set out above, violate the TCPA;

d) An injunction requiring Defendant to cease all unsolicited calling activity, and to otherwise protect the interests of the Class; and

e) Such further and other relief as the Court deems just and proper.

**JURY DEMAND**

Plaintiff Ramey requests a jury trial.

**LAUREN E RAMEY**, individually and on behalf of all others similarly situated,

DATED this 24th day of August, 2023.

By: /s/ *Eric R. Draluck*
Eric R. Draluck
WSBA No. 19881
271 Winslow Way E., Ste 11647
Bainbridge Island, WA 98110
Telephone: (206) 605-1424
eric@draluklaw.com

Avi R. Kaufman*
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 S Dixie Hwy, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881
*Pro Hac Vice motion forthcoming*

*Attorneys for Plaintiff and the putative Class*

CLASS ACTION COMPLAINT, Page **11** of **11**

Eric R. Draluck
WSBA #19881
271 Winslow Way E., Ste. 11647
Bainbridge Island, WA 98110
206-605-1424